IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Cr. No. 125 CR 10083 |
| MARY ALLISON TREECE, | ) ) ) |
| Defendant. | ) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

At all times material to this Information:

On or about July 24, 2025, in the Western District of Tennessee, the defendant,

---------------------------------------- **MARY ALLISON TREECE** ----------------------------------------

did knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

10·30·2025
DATE

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE

*Adam Chase Davis*
ADAM CHASE DAVIS
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No.: 25-10083 |
| Plaintiff, ) | |
| ) | |
| v. ) | 21 U.S.C. § 841(a)(1) |
| ) | |
| MARY ALLISON TREECE ) | |
| ) | |
| Defendant. ) | |

# NOTICE OF PENALTIES

## COUNT 1

NMT 20 years' imprisonment, NMT $1,000,000 fine, or both, and NLT 3 years of supervised release: but if the defendant has been previously convicted of a felony drug offense, then NMT 30 years' imprisonment, NMT $2,000,000 fine, or both, and NLT 6 years of supervised release; together with a mandatory special assessment of $100.00 pursuant to 18 U.S.C. § 3013(a).